THE O'MARA LAW FIRM, P.C.
DAVID C. O'MARA, ESQ
Nevada Bar No. 8599
311 E. Liberty Street
Reno, Nevada 89501
Telephone: 775.323.1321
david@omaralaw.net

James E. Cecchi
Lindsey H. Taylor
CARELLA, BYRNE, CECCHI
OLSTEIN, BRODY & AGNELLO
5 Becker Farm Road
Roseland, New Jersey 07068
(973) 994-1700

Christopher A. Seeger
Stephen A. Weiss
SEEGER WEISS
77 Water Street, 8th Floor
New York, New York 10005
(212) 584-0700

Samuel H. Rudman
ROBBINS GELLER RUDMAN
   & DOWD LLP
58 South Service Road, Suite 200
Melville, NY  11747
(631) 367-7100

Paul J. Geller
Stuart A. Davidson
ROBBINS GELLER RUDMAN
   & DOWD LLP
120 East Palmetto Park Road, Suite 500
Boca Raton, Florida 33432
(561) 750-3000

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| PROJECT LION LLC, d/b/a CRUSH d/b/a GREEK SNEEK, PROJECT M LLC d/b/a LA COMIDA, and PROJECT W LLC, d/b/a LA CAVE, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs. | Case No. 2:20-CV-00768-JAD-VCF<br><br>JOINT STIPULATION AND ORDER VACATING JUNE 15, 2020 ORDER AND MODIFYING BRIEFING SCHEDULES<br><br>ECF No. 14 |

- 1 -

|                                               |                      |
| --------------------------------------------- | -------------------- |
| BADGER MUTUAL INSURANCE COMPANY<br><br>Defendant. | ) (FIRST REQUEST)<br>)<br>)<br>)<br>)<br>)<br>) |

Pursuant to Local Rule 7-1, Plaintiffs PROJECT LION LLC, d/b/a CRUSH d/b/a GREEK SNEEK, PROJECT M LLC d/b/a LA COMIDA, and PROJECT W LLC, d/b/a LA CAVE, Individually and on Behalf of All Others Similarly Situated ("Plaintiffs"), and BADGER MUTUAL INSURANCE COMPANY, ("Defendant") by and through their undersigned counsel, stipulate and agree to vacate the Court's June 12, 2020 minute order (ECF No. 13) ("Order") and set certain deadlines to file responses Defendant's Motion to Dismiss (ECF No. 9) ("Motion").

WHEREAS, prior to the Court's June 15, 2020 minute order, granting the motion to dismiss under Local Rule 7-1(b), the Parties met and conferred, and agreed to allow Plaintiffs until Thursday, June 18, 2020, to file an opposition to Defendants' Motion. Unfortunately, counsel were unable to submit the Parties' stipulation to the Court prior to entry of the Court's Order.

WHEREAS, the parties have agreed that, notwithstanding the Court's Order, Plaintiffs shall have until Thursday, June 18, 2020, in which to file and serve opposition to the Motion to Dismiss.

WHEREAS, in light of the Parties' prior agreement to an extension of time, the Parties further agree that the Court should also vacate its Order and allow the matter to be heard on the merits.

WHEREAS, the Parties agree that Defendant shall have until June 25, 2020 to file their reply briefs in support of their pending motion. (ECF No 9).

This is the first requested extension of these deadlines by stipulation.

WHEREFOR, IT IS HEREBY STIPULATED AND AGREED, and the Parties respectfully request that the Court enter an Order as Follows:

1. That the Court's June 15, 2020, Order Granting Defendants' Motion as unopposed under Local Rune 7-2(d) is vacated;

2. That the Clerk of the Court reopen the case;

- 2 -

3.  That Plaintiff shall file and serve any points and authorities in response to Defendants' Motion by or before Thursday, June 18, 2020; and

4.  That Defendant's Reply brief in support of their Motion to Dismiss (ECF No. 9) shall be submitted on June 25, 2020.

| | |
|---|---|
| DATED: June 15, 2020 | DATED: June 15, 2020 |
| LIPSON NEILSON P.C.<br>JOSEPH P. GARIN NV BAR 06653 | THE O'MARA LAW FIRM<br>DAVID C. O'MARA NV BAR 0899 |
| /s/ Joseph P. Garin | /s/ David C. O'Mara |
| JOSEPH P. GARIN | DAVID C. O'MARA |
| 9900 Covington Cross Drive, Ste 120<br>Las Vegas, NV 89144 | 311E. Liberty Street<br>Reno, NV 89501 |
| RIVKIN RADLER, LLP<br>Michael A. Triosi<br>Brian L. Bank<br>926 RXR Plaza<br>Uniondale, NY 11556<br><br>*Attorney's for Defendant* | James E. Cecchi<br>Lindsey H. Taylor<br>CARELLA, BYRNE, CECCHI<br>OLSTEIN, BRODY & AGNELLO<br>5 Becker Farm Road<br>Roseland, New Jersey 07068<br>(973) 994-1700<br><br>Christopher A. Seeger<br>Stephen A. Weiss<br>SEEGER WEISS<br>77 Water Street, 8th Floor<br>New York, New York 10005<br>(212) 584-0700<br><br>Samuel H. Rudman<br>ROBBINS GELLER RUDMAN<br>  & DOWD LLP<br>58 South Service Road, Suite 200<br>Melville, NY  11747<br>(631) 367-7100<br><br>Paul J. Geller<br>Stuart A. Davidson<br>ROBBINS GELLER RUDMAN<br>  & DOWD LLP<br>120 East Palmetto Park Road, Suite 500<br>Boca Raton, Florida 33432<br>(561) 750-3000<br><br>*Attorneys for Plaintiffs* |

**ORDER**

Based on the parties' stipulation [ECF No. 14] and good cause appearing, IT IS HEREBY ORDERED that:

1. The Court's June 15, 2020, Order Granting Defendants' Motion as unopposed under Local Rune 7-2(d) **[ECF No. 13] is VACATED;**

2. The Clerk of Court must REOPEN this case and REINSTATE ECF No. 9.

3. Plaintiff shall file and serve any points and authorities in response to Defendants' Motion by or before Thursday, June 18, 2020; and

4. Defendant's Reply brief in support of their Motion to Dismiss (ECF No. 9) is due June 25, 2020.

**The parties are cautioned that agreements to modify court-imposed deadlines or other requirements must be memorialized by stipulation and order of the court.  Future failures to do in this case so will not constitute good cause to vacate an order.**

_____
U.S. District Judge Jennifer A. Dorsey
Dated: June 16, 2020