UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
-------------------------------------------------------------X
PROJECT LION LLC, d/b/a CRUSH d/b/a GREEK   Case No.: 2:20-cv-00768 (JAD) (VCF)
SNEEK, PROJECT M LLC d/b/a LA COMIDA, and
PROJECT W LLC, d/b/a LA CAVE, Individually and
on Behalf of All Others Similarly Situated,

                               Plaintiffs,

        -against-

BADGER MUTUAL INSURANCE COMPANY,

                               Defendant.
-------------------------------------------------------------X

## STIPULATION TO EXTEND DEFENDANT'S TIME
## TO RESPOND TO AMENDED COMPLAINT
### (First Request)

**WHEREAS** on April 28, 2020, Plaintiffs PROJECT LION LLC d/b/a CRUSH d/b/a GREEK SNEEK, PROJECT M LLC d/b/a LA COMIDA, and PROJECT W LLC, d/b/a LA CAVE (collectively, "Plaintiffs") filed the Complaint in this action; and

**WHEREAS** on or about May 11, 2020, Plaintiffs submitted a claim to Defendant (the "Claim"); and

**WHEREAS** on May 26, 2020, Defendant BADGER MUTUAL INSURANCE COMPANY ("Defendant") moved pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure for dismissal of the Complaint; and

**WHEREAS** on June 16, 2020, Plaintiffs filed the Amended Complaint in this action alleging that they had submitted the Claim; and

**WHEREAS** on June 25, 2020, Defendant withdrew its motion to dismiss the Complaint; and

**WHEREAS** the parties have agreed, with a full reservation of rights by each, to extend Defendant's time to answer, move against, and/or otherwise respond to the Amended Complaint so that Defendant can evaluate Plaintiffs' Claim; and

**WHEREAS** this is the first stipulation for an extension of Defendant's time to answer, move against, and/or otherwise respond to the Amended Complaint;

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned counsel that the time for Defendant to answer, move against, and/or otherwise respond to the Amended Complaint in this action is extended to and hereby is August 14, 2020.

**IT IS FURTHER STIPULATED AND AGREED** that this Stipulation may be signed in counterparts, and faxed or electronic signatures on this Stipulation shall be deemed original signatures.

Dated: June 30, 2020

| | |
|---|---|
| *Counsel for Plaintiffs Project Lion LLC d/b/a Crush d/b/a Greek Sneek, Project M LLC d/b/a La Comida, and Project W LLC, d/b/a La Cave* | *Counsel for Defendant Badger Mutual Insurance Company* |
| THE O'MARA LAW FIRM, P.C. | RIVKIN RADLER LLP |
| By: /s/ *David C. O'Mara* | By: /s/ *Brian L. Bank* |
| David C. O'Mara, Esq.<br>311 E. Liberty Street<br>Reno, Nevada 89501 | Michael A. Troisi, Esq.<br>Brian L. Bank, Esq.<br>926 RXR Plaza<br>Uniondale, New York 11556-0926 |
| James E. Cecchi, Esq.<br>Lindsey H. Taylor, Esq.<br>CARELLA, BYRNE, CECCHI OLSTEIN,<br>BRODY & ANGELLO 5 Becker Farm Rd.<br>Roseland, New Jersey 07068 | Joseph P. Garin, Esq.<br>LIPSON NEILSON, P.C.<br>9900 Covington Cross, Suite 120<br>Las Vegas, Nevada 89144 |

Christopher A. Seeger, Esq.
Stephen A. Weiss, Esq.
SEEGER WEISS
77 Water Street, 8th Floor
New York, New York 10005

Samuel H. Rudman, Esq.
ROBBINS GELLER RUDMAN & DOWD LLP
58 South Service Rd., Suite 200
Melville, New York 11747

Paul J. Geller, Esq.
Stuart A. Davidson, Esq.
ROBBINS GELLER RUDMAN & DOWD LLP
120 E. Palmetto Park Rd., Suite 500
Boca Raton, Florida 33432

**SO ORDERED**: _____
Cam Ferenbach
United States Magistrate Judge

Dated this 1st day of July, 2020

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 30th day of June, 2020, service of the foregoing **STIPULATION TO EXTEND DEFENDANT'S TIME TO RESPOND TO AMENDED COMPLAINT** was made upon each party in the case who is registered as an electronic case filing user with the Clerk, pursuant to Fed. Rule Civ. P. 5(b)(3) and LR IC 4-1, as follows:

David C. O'Mara, Esq.
THE O'MARA LAW FIRM, P.C.
311 E. Liberty Street
Reno, NV 89501
david@omaralaw.net

James E. Cecchi, Esq.
Lindsey H. Taylor, Esq.
CARELLA, BYRNE, CECCHI OLSTEIN, BRODY & ANGELLO
5 Becker Farm Rd.
Roseland, NJ 07068

Christopher A. Seeger, Esq.
Stephen A. Weiss, Esq.
SEEGER WEISS
77 Water Street, 8th Floor
New York, NY 10005

Samuel H. Rudman, Esq.
ROBBINS GELLER RUDMAN & DOWD LLP
58 South Service Rd., Suite 200
Melville, NY 11747
srudman@rgrdlaw.com

Paul J. Geller, Esq.
Stuart A. Davidson, Esq.
ROBBINS GELLER RUDMAN & DOWD LLP
120 E. Palmetto Park Rd., Suite 500
Boca Raton, FL 33432
e_file_fl@csgrr.com
sdavidson@rgrdlaw.com

*Attorneys for Plaintiffs Project Lion LLC d/b/a Crush d/b/a Green Sneek, Project M LLC d/b/a La Comida, and Project W LLC d/b/a La Cave*

    Respectfully submitted,
    RIVKIN RADLER LLP

    /s/ Brian L. Bank
    Brian L. Bank