UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
-------------------------------------------------------------X
PROJECT LION LLC, d/b/a CRUSH d/b/a GREEK SNEEK, PROJECT M LLC d/b/a LA COMIDA, and PROJECT W LLC, d/b/a LA CAVE, Individually and on Behalf of All Others Similarly Situated,

Case No.: 2:20-cv-00768 (JAD) (VCF)

Plaintiffs,

-against-

BADGER MUTUAL INSURANCE COMPANY,

Defendant.
-------------------------------------------------------------X

## STIPULATION TO EXTEND DEFENDANT'S TIME TO RESPOND TO AMENDED COMPLAINT
**(Second Request)**

**WHEREAS** on April 28, 2020, Plaintiffs PROJECT LION LLC d/b/a CRUSH d/b/a GREEK SNEEK, PROJECT M LLC d/b/a LA COMIDA, and PROJECT W LLC, d/b/a LA CAVE (collectively, "Plaintiffs") filed the Complaint in this action; and

**WHEREAS** on or about May 11, 2020, Plaintiffs submitted a claim to Defendant (the "Claim"); and

**WHEREAS** on May 26, 2020, Defendant BADGER MUTUAL INSURANCE COMPANY ("Defendant") moved pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure for dismissal of the Complaint; and

**WHEREAS** on June 16, 2020, Plaintiffs filed the Amended Complaint in this action alleging that they had submitted the Claim; and

**WHEREAS** on June 25, 2020, Defendant withdrew its motion to dismiss the Complaint; and

**WHEREAS** on June 30, 2020, Plaintiffs and Defendant, subject to a full reservation of rights by each, stipulated (the "First Stipulation") to extend Defendant's time to answer, move against, and/or otherwise respond to the Amended Complaint until August 14, 2020 so that Defendant can evaluate Plaintiffs' Claim; and

**WHEREAS** on July 1, 2020, the Court so-ordered the First Stipulation; and

**WHEREAS** Defendant continues to evaluate Plaintiffs' Claim; and

**WHEREAS** the parties have agreed, with a full reservation of rights by each, to further extend Defendant's time to answer, move against, and/or otherwise respond to the Amended Complaint so that Defendant can evaluate Plaintiffs' Claim; and

**WHEREAS** this is the second stipulation for an extension of Defendant's time to answer, move against, and/or otherwise respond to the Amended Complaint;

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned counsel that the time for Defendant to answer, move against, and/or otherwise respond to the Amended Complaint in this action is extended to and hereby is September 14, 2020.

**IT IS FURTHER STIPULATED AND AGREED** that this Stipulation may be signed in counterparts, and faxed or electronic signatures on this Stipulation shall be deemed original signatures.

Dated: August 10, 2020

| | |
|---|---|
| *Counsel for Plaintiffs Project Lion LLC d/b/a Crush d/b/a Greek Sneek, Project M LLC d/b/a La Comida, and Project W LLC, d/b/a La Cave* | *Counsel for Defendant Badger Mutual Insurance Company* |
| THE O'MARA LAW FIRM, P.C. | RIVKIN RADLER LLP |
| By: /s/ *David C. O'Mara*<br>       David C. O'Mara, Esq.<br>311 E. Liberty Street<br>Reno, Nevada 89501 | By: /s/ *Brian L. Bank*<br>       Michael A. Troisi, Esq.<br>       Brian L. Bank, Esq.<br>926 RXR Plaza<br>Uniondale, New York 11556-0926 |
| James E. Cecchi, Esq.<br>Lindsey H. Taylor, Esq.<br>CARELLA, BYRNE, CECCHI OLSTEIN, BRODY & ANGELLO 5 Becker Farm Rd.<br>Roseland, New Jersey 07068 | Joseph P. Garin, Esq.<br>LIPSON NEILSON, P.C.<br>9900 Covington Cross, Suite 120<br>Las Vegas, Nevada 89144 |
| Christopher A. Seeger, Esq.<br>Stephen A. Weiss, Esq.<br>SEEGER WEISS<br>77 Water Street, 8th Floor<br>New York, New York 10005 | |
| Samuel H. Rudman, Esq.<br>ROBBINS GELLER RUDMAN & DOWD LLP<br>58 South Service Rd., Suite 200<br>Melville, New York 11747 | |
| Paul J. Geller, Esq.<br>Stuart A. Davidson, Esq.<br>ROBBINS GELLER RUDMAN & DOWD LLP<br>120 E. Palmetto Park Rd., Suite 500<br>Boca Raton, Florida 33432 | |

**SO ORDERED**: _____
                           Cam Ferenbach
                           United States Magistrate Judge

Dated this 10th day of August, 2020.