AO450 (NVD Rev. 2/18)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

Project Lion LLC, et al.,

            Plaintiffs,

v.

Badger Mutual Insurance Company,

            Defendant.

JUDGMENT IN A CIVIL CASE

Case Number: 2:20-cv-00768-JAD-VCF

☐ **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that judgment is hereby entered in favor of Defendant and against Plaintiffs dismissing this case with prejudice.

May 20, 2021
Date

DEBRA K. KEMPI
Clerk

/s/ H. Magennis
Deputy Clerk